ANTONIO APODACA V. THE STATE.

No. 7784.  Decided June 6, 1923.

**Aggravated Assault—Requested Charges—Practice on Appeal.**

In the absence of exceptions to the refusal of the requested charges, the same cannot be considered on appeal. Following Barrios v. State, 204 S. W. Rep., 326, and other cases.

Appeal from the County Court of El Paso. Tried below before the Honorable J. M. Deaver.

Appeal from a conviction of aggravated assault; penalty, a fine of $25.00.

The opinion states the case.

*John L. Dyer, Chas. Owen,* and *R. A. D. Morton,* for appellant.

*R. G. Storey,* Assistant Attorney General for the State.

MORROW, PRESIDING JUDGE.—Conviction is for an aggravated assault; punishment fixed at a fine of twenty-five dollars.

No statement of facts appears in the record; nor do we find any bills of exceptions.

Special charges were presented, but in the absence of exceptions to their refusal, they present nothing for review. See Barrios v. State, 83 Texas Crim. Rep., 548, 204 S. W. Rep. 326; Linder v. State, 6558, recently decided.

No fundamental error has been perceived. The judgment is therefore affirmed.

*Affirmed.*